FILED
January 06, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003997140

ALEX LEON, ESQ. [CA SBN 245428]
2301 J Street, #100
Sacramento, CA 95816
Telephone: 916-444-2488
Facsimile: 916-444-2499

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Arturo Hernandez-Meza and<br><br>Irma Yolanda Hernandez,<br><br>Debtors. | ) Case No.: 2011-48262<br>) DCN: ABL-001<br>) Chapter 7<br>)<br>) **MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**<br>)<br>) Date: February 21, 2012<br>) Time: 9:30 AM<br>) Place: 501 I St., 6th Floor<br>) Courtroom 35, Dept. C,<br>) Sacramento, CA 95814<br>) Judge: Hon. Christopher M. Klein |

**MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW the above-named debtors, by and through their attorney of record, and respectfully move the Court pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007(b) and the Local Rules of this Court for the entry of an order to compel the Trustee to abandon property of the estate and in support hereof alleges and says that:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157(a).

2. The debtors filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on December 5, 2011.

3. Among the assets which constitute property of the estate are the personal property items, listed in Schedule B of the voluntary petition:

| ITEMS | VALUES |
|---|---|
| A. Shoe repair equipment | $ 3,000 |
| B. Inventory (shoes, purses, laces, luggage, etc.) | $ 2,000 |
| C. Business checking & savings bank accounts | $ 1,800 |

4. Items A, B & C were exempted for their entire value pursuant to C.C.P § 703.140(b)(5).

5. In addition to their exemptions, Items A, B & C listed above, have inconsequential value for the estate. Therefore, said items are burdensome and of no benefit to the estate.

6. The debtors desire prompt abandonment without waiting for the case to close. This will allow debtors to utilize these assets in their business and earn income they depend on for their livelihood.

Wherefore, the debtors respectfully pray of the Court as follows:

A. That the debtors' Motion to Compel Trustee to Abandon Property of the estate be granted as provided for in the body of this motion;

B. That the debtors have such other and further relief as to Court may seem just and proper.

Dated: January 5th, 2012

By:/s/ Alex Leon
Alex Leon
Attorney for Debtors